

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**INDICTMENT FOR POSSESSION OF A FIREARM BY A CONVICTED FELON, POSSESSION WITH INTENT TO DISTRIBUTE MARIJUANA, POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME, POSSESSION OF OXYCODONE, AND NOTICE OF FORFEITURE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 19-84-JWD-EWD |
| | : | |
| | : | 18 U.S.C. § 922(g)(1) |
| *versus* | : | 18 U.S.C. § 924(d) |
| | : | 21 U.S.C. § 841(a)(1) |
| CALVIN PETERS, a.k.a | : | 21 U.S.C. § 853 |
| CALVIN CORTEZ PETERS | : | 28 U.S.C. § 2461(c) |
| | : | 28 U.S.C. § 924(c)(1)(A) |
| | : | 21 U.S.C. § 844(a) |

**THE GRAND JURY CHARGES:**

**COUNT ONE**

On or about August 12, 2018, in the Middle District of Louisiana, **CALVIN PETERS, a.k.a., CALVIN CORTEZ PETERS,** defendant herein, knowing he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, a felony, did knowingly possess a firearm, that is, a HS Products--Springfield, Model XD40, 40 caliber semi-automatic pistol, bearing serial number XD429884, which firearm previously had been shipped and transported in interstate commerce.

The above is a violation of Title 18, United States Code, Section 922(g)(1).

**COUNT TWO**

On or about August 12, 2018, in the Middle District of Louisiana, **CALVIN PETERS, a.k.a., CALVIN CORTEZ PETERS,** defendant herein, knowingly and intentionally did possess with the intent to distribute marijuana, a Schedule I controlled substance.

The above is a violation of Title 21, United States Code, Section 841(a)(1).

USA Sealed Group
USM, USPO

## COUNT THREE

On or about August 12, 2018, in the Middle District of Louisiana, **CALVIN PETERS, a.k.a., CALVIN CORTEZ PETERS,** defendant herein, knowingly possessed a firearm, that is, an HS Products--Springfield, Model XD40, .40 caliber semi-automatic pistol, bearing serial number XD429884, in furtherance of the drug-trafficking crime described in Count Two of this Indictment.

The above is a violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT FOUR

On or about August 12, 2018, in the Middle District of Louisiana, **CALVIN PETERS, a.k.a., CALVIN CORTEZ PETERS,** defendant herein, knowingly and intentionally did possess oxycodone, a Schedule II controlled substance.

The above is a violation of Title 21, United States Code, Section 844(a).

## NOTICE OF FORFEITURE

Upon conviction of Count One of this Indictment, **CALVIN PETERS, a.k.a., CALVIN CORTEZ PETERS,** defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearm involved or used in the commission of the offense, including, but not limited to, the Heritage, Sentry model, .38 caliber revolver, bearing serial number PS01098.

Upon conviction of Count Two of this Indictment, **CALVIN PETERS, a.k.a., CALVIN CORTEZ PETERS,** defendant herein, shall further forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from proceeds obtained, directly or indirectly, as a result of said violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violation.

If any of the property or proceeds obtained directly or indirectly as a result of the offense charged, due to any act of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred, sold to, or deposited with a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value, or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to a forfeiture money judgment and shall be allowed to forfeit substitute property pursuant to Title 21, United States Code, Section 853(p) in satisfaction of the forfeiture money judgment.

UNITED STATES OF AMERICA, BY

*[signed] For [signature] FAUSA*

BRANDON J. FREMIN
UNITED STATES ATTORNEY
MIDDLE DISTRICT OF LOUISIANA

*[signed] Michael J. Jefferson*

MICHAEL J. JEFFERSON
ASSISTANT UNITED STATES ATTORNEY

A TRUE BILL

**REDACTED
PER PRIVACY ACT**

GRAND JURY FOREPERSON

July 10, 2019

DATE

**Criminal Cover Sheet    U.S. District Court**

**Place of Offense:**

City     Baton Rouge

County/Parish    East Baton Rouge

*Investigating agency    ATF
*Agent    David Grunewald

Matter to be sealed: ____ No   X   Yes

**Related Case Information:**

Superseding Indictment _____ Docket Number _____
Same Defendant _____ New Defendant _____
Magistrate Case Number _____
Search Warrant Case No. _____
R 20/ R 40 from District of _____
**Any Other Related Cases:** _____

**Defendant Information:**

Defendant Name:    CALVIN PETERS

**U.S. Attorney Information:**

AUSA: Michael J. Jefferson     Bar #: 22430

**Interpreter:**   X   No     ___ Yes    **List language and/or dialect:**

**Location Status:**
Arrest Date    _____
_____ Already in Federal Custody as of
_____ Already in State Custody
_____ On Pretrial Release

**U.S.C. Citations:**
Total # of Counts:    4

| Index Key/Code | Description of Offense Charged | Count(s) | Petty/ Misdemeanor/ Felony |
|---|---|---|---|
| 18:922(g)(1) | Possession of a firearm by a convicted felon | 1 | Felony |
| 18:924(d) | Possession with intent to distribute marijuana | 2 | Felony |
| 21:841(a)(1) | Possession of a firearm in furtherance of a drug trafficking crime | 3 | Felony |
| 21:844(a) | Possession of oxycodone | 4 | Felony |

(May be continued on second sheet)

Date: *July 10, 2019*     Signature of AUSA: *Michael J. Jefferson*

**District Court Case Number (To be filled in by deputy clerk):** _____